LEONA FLE~~tcher~~    1:23 cv 293

Mon July 31, 2023

LEONA ANN FLETCHER

I WANT TO FILE A NEW COMPLAINT ON JASPER POLICE DEPARTMENT CAUSE THEY DIDN'T BOTHER TO ARREST ME FOR SOMETHING I DID WRONG IN 2019 NOW THEY TRYING TO GET THE JASPER TEXAS DISTRICT ATTORNEY ANN PICKLE TO PROSECUTE ME IT'S WRONG POLICE DOING IT TO GET BACK AT ME CAUSE I DO ALREADY HAVE A CIVIL LAW SUIT ON THEM CAUSE POLICE BADGE 131 VIOLATED MY CIVIL RIGHTS WITH RACIST ~~[crossed out]~~ I WAS INVOLVE I'M BLACK IT MAKES A DIFFERENT HERE IN JASPER TX WHERE I LIVE I HOPE GOD USE YOU YALL TO HELP ME IN JESUS NAME

LEONA FLETCHER

I JUST FOUND OUT JULY 11, 2023 WHAT JASPER POLICE CHIEF TRYING TO GET DONE WRONG TO ME TURN OVER



They Let It go what I did Now Trying to push The issue For the Jasper district Attorney to take they side cause they all white I'm black



SHREVEPORT LA 710
31 JUL 2023 PM 2 L

CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 02 2023
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

CLERK
300 Willow Room 104
Beaumon TX
77701-2217

Leona Fletcher
PO Box 244
Jasper TX 75951