IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| LEONA FLETCHER | § § | |
| VS. | § § § | CIVIL ACTION NO. 1:23-CV-00293<br>JUDGE MICHAEL J. TRUNCALE |
| JASPER POLICE DEPARTMENT | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is Plaintiff's request to voluntarily dismiss this matter as to Defendant. [Dkt. 2].

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 15th day of August, 2023.**

Michael J. Truncale
United States District Judge